IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Rabbi Dean Alton Holcomb, #154215, and Kelvin Richardson, #277898, </br></br>Plaintiffs,</br></br>vs.</br></br>Greenville County; John Vandermosten, Asst. County Admin.; Scotti Bodiford, Operation Admin.; R. Israel Hollister, Deputy Director; Major Marshall Stowers; Lt. T. Turner; Sgt. Dana Lewis; and Ofc. Debbie Glenn,</br></br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C/A No.: 1:15-2345-MGL-SVH </br></br></br></br></br></br>ORDER |

Plaintiffs, proceeding pro se and in forma pauperis, are pre-trial detainees incarcerated in the Greenville County Detention Center who filed this complaint seeking greater access to legal research. [ECF No. 1]. On June 25, 2015, the court issued an order and explained that multiple plaintiffs may not proceed in a single case under the Prison Litigation Reform Act ("PLRA"). [ECF No. 9]. Accordingly, the court provided Plaintiffs with blank complaint forms to complete. *Id.* Plaintiffs did not file individual complaints or otherwise respond to the court's June 25, 2015, order. On August 3, 2015, the court issued a second order again explaining that multiple plaintiffs may not proceed in a single case under the PLRA. [ECF No. 13]. Plaintiffs were again provided with blank complaint forms to complete. *Id.* Plaintiffs did not file individual complaints or otherwise respond to

the August 3, 2015, order. As Plaintiffs have failed to prosecute this case and have failed to comply with an order of this Court, the case is **dismissed** *without prejudice* pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

    IT IS SO ORDERED.

September 2, 2015                                       s/Mary Geiger Lewis  
Columbia, South Carolina                    Mary Geiger Lewis  
                                                         United States District Judge

## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.