AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Rabbi Dean Alton Holcomb; Kelvin Richardson,
*Plaintiff*
v.                                        Civil Action No.     1:15-cv-02345-MGL-SVH

John Vandermosten, Asst. County Admin.; Scotti Bodiford, Operation Admin.; R. Isreal Hollister, Deputy Director; Major Marshall Stowers; Lt. T. Turner; Sgt. Dana Lewis; Ofc Debbie Glenn; Greenville County,
*Defendants*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ The plaintiff, Rabbi Dean Alton Holcomb and Kelvin Richardson, shall take nothing of the defendants, John Vandermosten, Asst. County Admin.; Scotti Bodiford, Operation Admin.; R. Isreal Hollister, Deputy Director; Major Marshall Stowers; Lt. T. Turner; Sgt. Dana Lewis; Ofc Debbie Glenn; Greenville County, and this action is dismissed without prejudice.

This action was *(check one)*:
❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary G. Lewis, United States District Judge, presiding, dismissing the complaint without prejudice.

Date:   September 2, 2015                         *ROBIN L. BLUME, CLERK OF COURT*

                                                s/M. Walker
                                        _____
                                        *Signature of Clerk or Deputy Clerk*